# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0912
_____

ANTHONY JEROME COOPER,

Appellant,

v.

FLORIDA DEPART. OF CORRS.,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 5, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and NORDBY and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Jerome Cooper, pro se, Appellant.

Dan Johnson, General Counsel, Department of Corrections, and Kelly Raplea Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.